**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar # 068687)
norm@bamlaw.cam
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Jeffrey S. Herman (State Bar #280058)
jeffrey@bamlawca.com
Sergio J. Puche (State Bar #289437)
sergiojulian@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232
Firm Website: http://www.bamlawca.com

*Attorneys for Plaintiff*
PATRICIA PARAMOURE

*[Additional Counsel on the Next Page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PARAMOURE, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEI CONSULTANTS, INC, a Corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-02861-DJC-JDP<br><br>**JOINT STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Daniel J. Calabretta<br>Courtroom: 7, 14th Floor<br><br>*[Removed from the Sacramento Superior Court. Case No. 25CV019799]* |

1

JOINT STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

MICHAEL J. NADER, SBN 200425
Michael.nader@ogletree.com
ERIC F. DELLA SANTA, SBN 310458
Eric.dellasanta@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

*Attorneys for Defendant,*
GEI CONSULTANTS, INC.

JOINT STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1   Plaintiff Patricia Paramoure ("Plaintiff") and Defendant GEI Consultants, Inc. ("Defendant,") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS , the Plaintiff filed her Class Action Complaint on August 20, 2025, in the Sacramento Superior Court;

WHEREAS, Defendant removed the Action to Eastern District Court on October 3, 2025;

WHEREAS, Plaintiff seeks to file her First Amended Class Action Complaint ("FAC") pursuant to Rule 15(a) of the Federal Rules of Civil Procedure ("FRCP");

WHEREAS, The parties have met and conferred regarding the allegations contained in plaintiff's proposed FAC;

WHEREAS, a copy of Plaintiff's proposed FAC is attached hereto as <u>Exhibit A</u>; and

WHEREAS, the Parties mutually reserve all rights to bring, and oppose, any future pleading challenges to the FAC under Rule 12(b) of the FRCP.

NOW, THEREFORE, based upon the foregoing, the Parties, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. The above recitals are an integral part of and provide the foundation for this stipulation;

2. Plaintiff should be granted leave to amend to file her FAC, a copy of which is attached hereto as <u>Exhibit A</u>;

3. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED.**

[*Signatures on subsequent page*]

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | Dated: November 11, 2025 | |
| | | By: /s/ Michael J. Nadar |
| | |     Michael J. Nader |
| | |     Eric F. Della Santa |
| | | |
| | | Attorney for Defendant, |
| | | GEI CONSULTANTS, INC. |
| | | |
| | | **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP** |
| | Dated: November 11, 2025 | By: /s/ Trevor G. Moran |
| | |     Jeffrey S. Herman |
| | |     Sergio Julian Puche |
| | |     Trevor G. Moran |
| | | |
| | | Attorney for Plaintiff, PATRICIA PARAMOURE |

**ORDER**

The Court having reviewed the foregoing Stipulation, and good case appearing there:

**IT IS HEREBY ORDERED** that Plaintiff Patricia Paramoure is granted leave to file her First Amended Class Action Complaint ("FAC") in this action, a copy of which is attached hereto as <u>Exhibit A</u>.  Plaintiff shall file her FAC as a stand-alone event forthwith.

IT IS FURTHER ORDER that Defendant GEI Consultants, Inc.'s responsive pleading shall be due thirty (30) days after the FAC is filed.

**IT IS SO ORDERED.**

Dated:  November 12, 2025        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE